| | | |
|---|---|---|
| STATE OF INDIANA ) | **FILED** | IN THE CIRCUIT COURT |
| ) | **07/21/2023** | |
| COUNTY OF HENRY ) | **U.S. DISTRICT COURT** | CAUSE # 1:23-cv-01292-JRS-MKK |
| ) | SOUTHERN DISTRICT OF INDIANA | |
| ) | Roger A.G. Sharpe, Clerk | |
| Leon Jennings ) | | |
| Petitioner ) | | |
| v. ) | | |
| Mark Sevier ) | | |
| Respondent ) | | |

### PETITION FOR WRIT OF HABEAS CORPUS RELIEF

Comes now, the petitioner Leon Jennings, *pro-se*, pursuant to Indiana Code 34-25.5-1-1, and respectfully request this Court to issue a Writ of Habeas Corpus. In support thereof, the petitioner puts forth the following:

1. The petitioner is being unlawfully restrained of his liberty and falsely imprisoned in the New Castle Correctional Facility at 1000 Van Nuys Road, New Castle, Indiana 47362 by Respondent herein his capacity as Superintendent of the New Castle Correctional Facility.

2. To the best of Petitioner's knowledge and belief, he is being held in said facility on the alleged grounds that he has been committed to the Indiana Department of Corrections for the offense of A Class 'b' felony under cause # 71D01 9801 CF00029

3. That the detention is illegal in that:

A) In 1998, the Petitioner was found guilty of a class "B" felony, and sentenced to forty (40) years executed in the Indiana Department of Corrections.

B) On October 18, 2016, Petitioner was released to Parole for a period of Ten (10) years.

C) On November 8, 2018, petitioner was violated for breaking stipulations #4 and #8 (driving without a permit and possession of sex CD'S).

D) On November 8, 2018, petitioner was offered to sign a "STIP" (short term incarceration program) contract, which allowed for forty-five (45) days of incarceration, then re-released back to parole with extra stipulations.

E) On November 8, 2018, petitioner signed the aforementioned "STIP" (see attached Exhibit "A").

F) As of this date, petitioner still remains incarcerated, well past his 45 day contractual agreement, serving out his remaining Ten (10) years of parole.

## ARGUMENT

A) Petitioner's Due Process rights were violated when Parole Agent Peterson advised petitioner to sign the "STIP" agreement to regain his freedom after 45 days. By signing, petitioner was not aware that his due process rights would be waived. Yet, a signature to a parole agreement **DOES NOT** serve as a waiver to challenge any terms of the agreement on appeal. Thus, although a parolee may be subject to conditions found in a parole agreement, such conditions may be challenged, *Bleeke v. State*, 992 N.E.3d 1040. Herein, the petitioner did not have a formal hearing and as such, was not afforded his due process rights of:

    a. Written notice of violations,

    b. Disclosure of evidence against him,

    c. Opportunity to be heard and present witnesses,

    d. The right to confront witnesses,

    e. The right to a neutral/detached hearing body,

    f. A written statement by the fact finders as to the evidence relied upon.

Respectfully submitted,

Executed on 6/19/23

*Leon Jennings* (signature)

## VERIFICATION

I, Leon Jennings, affirm under the penalties for perjury that the above and foregoing Representations are true and correct to the best of my knowledge and belief.

*(signature)*

Petitioner *pro-se*

STATE OF INDIANA                    IN THE CIRCUIT COURT

COUNTY OF HENRY                     CAUSE NO. _____

Leon Jennings,
    Petitioner,

vs.

Mark Sevier,
    Respondent.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Habeas Corpus was served pursuant to *Ind. Trial Rule 5(B)(2)* upon the individuals listed below by United States Mail, First Class first class postage prepaid, by delivering the same to the appropriate staff at the New Castle Correctional Facility for mailing and addressed to:

Indiana Attorney General
302 W. Washington Street, 5th Fl.
Indianapolis, Indiana 46204

Respectfully submitted,

*/s/ Leon Jennings*

_____
Date of Service

Leon Jennings
Printed Name of Petitioner

New Castle Correctional Facility
P. O. BOX A
New Castle, IN 47362-1041