UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEON JENNINGS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:23-cv-01292-JRS-MKK |
| | ) |
| MARK SEVIER, | ) |
| | ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The Court now enters final judgment. The petitioner's petition for a writ of habeas corpus is dismissed without prejudice.

Date: 9/13/2023

_James R. Sweeney_
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Lana Harves_
Deputy Clerk, U.S. District Court


Distribution:

LEON JENNINGS
985926
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362